# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE LESLIE VONTRESS,

    Petitioner,

vs.

D.W. NEVENS, *et al.*,

    Respondents.

Case No. 2:14-cv-01342-GMN-CWH

**ORDER**

    This is a petition for writ of habeas corpus. On September 17, 2014, the court dismissed the petition without prejudice for failure to exhaust (ECF No. 6), and judgment was entered (ECF No. 7). Now before the court is petitioner's motion for copies of his response to this court's order to show cause (ECF No. 8). Petitioner states that he is indigent and requests copies in order to seek to resume post-conviction proceedings in state court. While petitioner requests copies, the court shall direct that the original paper documents of what petitioner styled as a "Notice of Motion and Motion to Show Cause" (ECF No. 5), together with all exhibits filed at ECF No. 5, be returned to petitioner.

    **IT IS THEREFORE ORDERED** that petitioner's motion (ECF No. 8) is **GRANTED** as described in this order. The Clerk **SHALL SEND** to petitioner the original hard copies of his Notice of Motion and Motion to Show Cause, together with all of the accompanying exhibits, totalling 114 pages (ECF No. 5).

    **DATED** this 4th day of December, 2014.

                                                          Gloria M. Navarro, Chief Judge
                                                          United States District Court